# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 12-996 consolidated with 12-995

CHARLES TAYLOR, JR., ET UX.

VERSUS

DR. RICHARD CLEMENT, ET AL.

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 1999-191 C/W 1997-4329
HONORABLE CLAYTON DAVIS, DISTRICT JUDGE

**********

## MARC T. AMY
## JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Jimmie C. Peters, and Marc T. Amy, Judges.

### AFFIRMED. MOTION FOR EN BANC HEARING DENIED.

**Thibodeaux, Chief Judge, specially concurs.**

Stephen M. Pizzo
3421 N. Causeway Boulevard, Suite 900
Metairie, LA   70002
 (504) 831-4091
COUNSEL FOR DEFENDANT/APPELLEE:
     Galen-Med, Inc.

J. Elliott Baker
Special Assistant Attorney General
321 N. Vermont Street, Suite 208
Covington, LA   70433
(985) 867-9068
COUNSEL FOR DEFENDANTS/APPELLEES:
     State of Louisiana
     Galen-Med, Inc.

**Nadia de la Houssaye**
**Jones, Walker, Waechter, Poitevent,**
**Carrère & Denègre, L.L.P.**
**Post Office Drawer 3408**
**Lafayette, LA   70502-3408**
**(337) 593-7600**
**COUNSEL FOR INTERVENOR/APPELLEE:**
     **Louisiana Patient's Compensation Fund**

**Oliver Jackson Schrumpf**
**Schrumpf & Schrumpf**
**3801 Maplewood Drive**
**Sulphur, LA   70663**
**(337) 625-9077**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
     **Susan Arrington**
     **Laura Jo Arrington**
     **Joelle Lorene Arrington**
     **Sharon Taylor**
     **Charles Taylor, Jr.**

**AMY, Judge.**

For the reasons expressed in the consolidated case of *Susan Arrington v. ER Physician Group*, 12-995 (La.App. 3 Cir. _/_/13), _ So.3d _, the judgment of the trial court, rendered on June 18, 2012 is affirmed. The motion for en banc hearing is denied. All costs of this proceeding are assessed to the plaintiffs-appellants.

**AFFIRMED. MOTION FOR EN BANC HEARING DENIED.**

# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 12-995

SUSAN ARRINGTON, ETC.

VERSUS

ER PHYSICIAN GROUP, INC., ET AL.

(Consolidated With)

### 12-996

CHARLES TAYLOR, JR., ET UX.

VERSUS

DR. RICHARD CLEMENT, ET AL.

**THIBODEAUX, Chief Judge, specially concurring.**

I still maintain my position that the medical malpratice cap is unconstitutional on the bases of equal protection, due process, and separation of powers. However, I must sacrifice my intellectual independence and judicial beliefs to what is the clear pronouncement of the Louisiana Supreme Court in *Oliver v. Magnolia Clinic*, 11-2132 (La. 3/13/12), 85 So.3d 39.